AO 91 (Rev. 11/11) Criminal Complaint  AUSA Paul Schied (312) 697-4091

**FILED**
**11/3/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 1:25-cr-00714 |
| v. | |
| JOSAFAT GARCIA-ROA | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about October 30, 2025, at Gurnee, in the Northern District of Illinois, Eastern Division, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(1) | Reentry of removed alien, by being present and found in the United States after having been previously removed |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Mark Clinton*

Mark Clinton
Border Patrol Agent
U.S. Customs and Border Protection

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 3, 2025

*Judge's signature*

City and state: Chicago, Illinois      Jeffrey T. Gilbert, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, Mark Clinton, being duly sworn, state as follows:

1. I am a United States Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection, United States Border Patrol ("USBP"). graduated from the USBP Basic Border Patrol Training Academy located in Artesia, New Mexico and have been employed as Border Patrol Agent since approximately May 2009. I am currently a supervisor assigned to the El Centro Sector Intelligence Unit, where I have worked as a supervisor since 2019.

2. This affidavit is submitted in support of a criminal complaint alleging that JOSAFAT GARCIA-ROA illegally reentered the United States, in violation of Title 8, United States Code, Section 1326(a). This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging GARCIA-ROA with illegal reentry. As such, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that GARCIA-ROA committed the illegal reentry offense alleged in the complaint.

3. This affidavit is based on my personal knowledge and involvement in this investigation; my training and experience; the personal knowledge, training, and experience of other law enforcement agents with whom I have consulted; and my review of pertinent documents and records, including documents and records

maintained by the Department of Homeland Security and other government agencies.

4. According to records from the Department of Homeland Security, GARCIA-ROA was born in Mexico in or around July 1978; is a native and citizen of Mexico; and has no claim to United States citizenship or lawful residence.

5. According to records from the Department of Homeland Security, on or about July 12, 2016, GARCIA-ROA was ordered removed from the United States to Mexico. On or about August 2, 2016, GARCIA-ROA was removed from the United States to Mexico.

6. According to records from the Department of Homeland Security, GARCIA-ROA did not apply for or receive permission to reenter the United States.

7. On or about October 30, 2025, I observed a black Ford pickup truck, bearing Illinois license plate 3312289B, that was parked in Waukegan, Illinois. I queried Illinois license plate in a law enforcement database and discovered that the Ford pickup truck is registered to "Josafat Garcia-Roa," who was born in July 1978. The name and date of birth listed for the registered owner of the Ford pickup truck matched GARCIA-ROA's name and date of birth.

8. I observed two men get into the Ford pickup truck. Based on my observation of the man who entered the driver's seat of the Ford truck and comparison to GARCIA-ROA's age and height as listed in Department of Homeland Security records, I believed the driver matched the approximate age and height of GARCIA-ROA. Believing that GARCIA-ROA was driving the Ford pickup truck, I

generated a Form I-200 administrative warrant of GARCIA-ROA's arrest. My team and I conducted a traffic stop of the Ford pickup truck in Waukegan, Illinois, to conduct a brief immigration investigation. The driver, who was later identified as GARCIA-ROA, initially yielded to our lights and sirens. However, when Border Patrol Agents approached the truck, the GARCIA-ROA fled and led Agents on a high-speed pursuit through the cities of Waukegan, North Chicago, Park City, and Gurnee. During the pursuit, GARCIA-ROA collided with multiple civilian motorists, causing several vehicle accidents. GARCIA-ROA lost a tire and wheel during one collision and continued fleeing on three wheels.

9. GARCIA-ROA eventually stopped in the vicinity of a high school located in Gurnee, Illinois. Two men got out of the truck and fled on foot. GARCIA-ROA was apprehended in the school parking lot. GARCIA-ROA identified himself as a citizen of Mexico with no documents allowing him to enter or remain in the United States. A search of GARCIA-ROA revealed that he was in possession of an Illinois driver license, which listed his name and date of birth, as well as an identification card that was issued by the Government of Mexico, which also listed his name and date of birth. The name and date of birth listed on both documents matched GARCIA-ROA's name and date of birth as reflected in Department of Homeland Security records.

10. The below photograph is from Department of Homeland Security records memorializing GARCIA-ROA's August 2, 2016 removal:



Photograph of alien removed

11. Based on my observation of GARCIA-ROA during his arrest, the above photograph depicts the same individual.

12. According to my review of law enforcement databases:

    a. On or about February 23, 2007, GARCIA-ROA was convicted of driving under the influence in the Circuit Court of Lake County, Illinois, and sentenced to one year of supervision.

    b. On or about October 22, 2009, GARCIA-ROA was convicted of possessing a controlled substances in Circuit Court of Lake County, Illinois, and sentenced to 24 months of special probation.

    c. On or about December 15, 2015, GARCIA-ROA was convicted of battery in Circuit Court of Lake County, Illinois, and sentenced to 12 months of special probation.

13. Based on the forgoing, I respectfully submit that there is probable cause to believe that on or about October 30, 2025, GARCIA-ROA, being an alien who was last removed from the United States on or about August 2, 2016, was found in the United States without previously having obtained the express consent of the

4

Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

*Mark Clinton*
MARK CLINTON
Border Patrol Agent
United States Border Patrol

SWORN TO AND AFFIRMED by telephone on November 3, 2025.

_____
Honorable Jeffrey T. Gilbert
United States Magistrate Judge